CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    FAX: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHREYA SINGH, *et al*., <br><br>         Plaintiffs, <br><br>     v. <br><br> JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, *et al*., <br><br>         Defendants. | Case No. 3:26-cv-00676 VC <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT AND [~~PROPOSED~~] ORDER** |

The parties hereby stipulate to an extension of time for Defendants' response to Plaintiffs' complaint. Defendants will file their response on or before June 10, 2026. The parties make this request because the agency is in the process of reviewing this case and needs a brief period of additional time to prepare their response.

The parties further request a corresponding extension to the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 6. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or June 23, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants file their motion for summary judgment with 30 days of filing an Answer to the Complaint**.** The parties stipulate and respectfully request that the Court vacate or continue the

status management conference currently set for May 8, 2026, and all associated deadlines.

Dated: April 24, 2026                                    Respectfully submitted[1],

                                                         CRAIG H. MISSAKIAN
                                                         United States Attorney


                                                         /s/ Molly A. Friend
                                                         MOLLY A. FRIEND
                                                         Assistant United States Attorney
                                                         Attorneys for Defendants


Dated: April 24, 2026

                                                         /s/ Niralkumar Patel
                                                         NIRALKUMAR PATEL
                                                         Attorney for Plaintiffs




                              [PROPOSED] ORDER

        Pursuant to stipulation, IT IS SO ORDERED.  The case management conference scheduled for

May 8, 2026, is hereby:

XX  vacated; or

___  continued to:


Date: May 4, 2026

                                                         _____
                                                         VINCE CHHABRIA
                                                         United States District Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Extend
Case No. 3:26-cv-00676 VC                    2